UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JEROME CLYDE SMITH**                       **CIVIL ACTION**

**VERSUS**                                   **NO. 22-842**

**BP EXPLORATION &**                         **SECTION: D (1)**
**PRODUCTION, INC., ET AL.**

### ORDER

Before the Court is Plaintiff's *Amended* Renewed Motion to Extend Case Management Deadlines, in which Plaintiff seeks a 90-day extension of all outstanding deadlines in the Court's Scheduling Order or, alternatively, a 75-day stay of such deadlines pending "unresolved issues related to third-party discovery from Exponent in the companion case of *Culliver v. BP*." (R. Doc. 35). BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") oppose the Motion, asserting that Plaintiff lacks good cause for a continuance. (R. Doc. 38). The Motion was set for submission on April 14, 2023 (R. Doc. 37) and, therefore, is ripe for resolution.

After careful consideration of the parties' memoranda and the applicable law, the Court finds that Plaintiff has failed to show that good exists under Fed. R. Civ. P. 16 to amend the Court's Scheduling Order (R. Doc. 18), as amended (R. Doc. 33), with respect to the remaining pretrial deadlines.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion (R. Doc. 35) is **DENIED.** The deadlines set forth in the Scheduling Order (R. Doc. 18), as amended (R. Doc. 33), remain in effect.

New Orleans, Louisiana, April 17, 2023.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**